IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.    20-cr-00185-PAB-2

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. ERIKA BOUDREAUX, and
2. **ANH DO,**

       Defendants.

___

### NOTICE OF APPEARANCE
___

The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above captioned case.

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender

    s/ Mary V. Butterton
    MARY V. BUTTERTON
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Mary_Butterton@fd.org
    Attorney for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 26, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

    Aaron Teitelbaum, Assistant United States Attorney
    Email: Aaron.teitelbaum@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Anh Do (Via U.S. Mail)

                                                           s/ Mary V. Butterton
                                                          MARY V. BUTTERTON
                                                          Assistant Federal Public Defender
                                                          633 17th Street, Suite 1000
                                                          Denver, CO  80202
                                                          Telephone:  (303) 294-7002
                                                          FAX:  (303) 294-1192
                                                          Mary_Butterton@fd.org
                                                          Attorney for Defendant